**Opinion issued April 2, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00005-CV

———————————

## AMANDA LEIGH SELLERS, Appellant

## V.

## SHAUN KELLY SELLERS, Appellee

---

**On Appeal from the 253rd District Court**
**Chambers County, Texas**
**Trial Court Cause No. CV29009**

---

## MEMORANDUM OPINION

Appellant, Amanda Leigh Sellers, proceeding *pro se*, has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041 (West 2013), § 101.0411 (West Supp. 2014); Order Regarding

Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013).  After being notified by the Clerk of this Court on January 6, 2015, and again on January 27, 2015, that this appeal was subject to dismissal for failure to pay the filing fee, appellant did not timely respond.  *See* TEX. R. APP. P. 5, 42.3(c).

Accordingly, we **dismiss** the appeal for nonpayment of all required fees. *See* TEX. R. APP. P. 5, 42.3(c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.